IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORRAINE CORDERO,**       :  <br>       Plaintiff,                         : <br>                                            : <br> v.                                       : <br>                                            : <br> **KILOLO KIJAKAZI,** Acting      : <br> **Commissioner of Social Security,** : <br>       Defendant.                      : | NO. 20-CV-01868-RAL |

**O R D E R**

**AND NOW** this 31st day of March, 2022, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 16) is **GRANTED**, and the matter is **REMANDED** to the Acting Commissioner of Social Security for an award of benefits, consistent with the Memorandum Opinion filed contemporaneously with this Order;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sulliva*n, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

                                                                *s/ Richard A. Lloret*
                                                             **HON. RICHARD A. LLORET**
                                                             **United States Magistrate Judge**